Sufficient Chiropractic Care, P.C. v Global Liberty Ins. Co. (2021 NY Slip Op
50879(U))

[*1]

Sufficient Chiropractic Care, P.C. v Global Liberty Ins. Co.

2021 NY Slip Op 50879(U) [73 Misc 3d 127(A)]

Decided on May 28, 2021

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on May 28, 2021
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : WAVNY TOUSSAINT, J.P., MICHELLE WESTON, DAVID ELLIOT, JJ

2020-107 K C

Sufficient Chiropractic Care, P.C., as
Assignee of Linda Bryant-Williams, Appellant,
against
Global Liberty Insurance Company, Respondent.

Law Office of Melissa Betancourt, P.C. (Melissa Betancourt and Jasmine Koo of counsel), for
appellant.
Law Office of Jason Tenenbaum, P.C. (Jason Tenenbaum of counsel), for respondent (no brief
filed).

Appeal from an order of the Civil Court of the City of New York, Kings County (Rosemarie
Montalbano, J.), entered October 17, 2019. The order granted defendant's motion for summary
judgment dismissing the complaint.

ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals
from an order of the Civil Court entered October 17, 2019 granting defendant's motion for
summary judgment dismissing the complaint.
Contrary to plaintiff's sole contention on appeal, the affidavit submitted by plaintiff in
opposition to defendant's motion was insufficient to rebut defendant's prima facie showing that
there was a lack of medical necessity for the services at issue (see Delta Diagnostic Radiology, P.C. v Integon Natl. Ins. Co., 24 Misc
3d 136[A], 2009 NY Slip Op 51502[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists
2009]; Delta Diagnostic Radiology, P.C.
v American Tr. Ins. Co., 18 Misc 3d 128[A], 2007 NY Slip Op 52455[U] [App Term,
2d Dept, 2d & 11th Jud Dists 2007]; A. Khodadadi Radiology, P.C. v NY Cent. Mut. Fire Ins. Co., 16 Misc
3d 131[A], 2007 NY Slip Op 51342[U] [App Term, 2d Dept, 2d & 11th Jud Dists
2007]).
Accordingly, the order is affirmed.
TOUSSAINT, J.P., WESTON and ELLIOT, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: May 28, 2021